### 32588. SHIFLETT *v.* ANCHOR ROME MILLS INC.

FELTON, J. This case is controlled by the ruling in the first division of the opinion in *Battles* v. *Anchor Rome Mills Inc.*, ante.

The court did not err in sustaining the plaintiff's demurrer to the counter-affidavit, and in dismissing the affidavit.

*Judgment affirmed. Sutton, C. J., and Worrill, J., concur.*

DECIDED SEPTEMBER 10, 1949.  REHEARING DENIED SEPTEMBER 23, 1949.

*Wright & Scoggin,* for plaintiff in error.
*Matthews, Owens & Maddox,* contra.